UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV19-04038 JAK (AGRx) | Date | September 6, 2019 |
| Title | Kenneth Riding, et al. v. Roundpoint Mortgage Servicing Corp, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER RE ORDER TO SHOW CAUSE (DKT. 28) AND TAKING SCHEDULING CONFERENCE UNDER SUBMISSION**

The Parties were required to file a Joint Rule 16(b)/26(f) Report (the "Joint Report") on or before September 5. Dkt. 28. Defendants filed a unilateral Joint Report. Dkt. 29. Based on a review of the Joint Report, the September 9 scheduling conference is taken off calendar and under submission. No appearances are required by either side on September 9.

The parties were required to "show cause why sanctions in the amount of $100 should not be imposed on each for a failure to follow prior Orders." Dkt. 28(the "Order to Show Cause"). On September 5, Defendants' Counsel filed a Declaration of Christine Lee in Response to the Court's September 4, 2019 Minute Order (the "Declaration"). Dkt. 31. Based on a review of the Declaration, the Order to Show Cause (Dkt. 28) as to Defendants' counsel is **DISCHARGED**.

Plaintiff Kenneth Riding and Plaintiff Kandy Addison did not file a response to the Order to Show Cause (Dkt. 28). Plaintiffs did not follow the Court's orders regarding the preparation and filing of the Joint Report (Dkts. 15, 22, 26) and did not respond to the Order to Show Cause (Dkt. 28). Unless the Plaintiffs respond to the Order to Show Cause (Dkt. 28) by September 9, 2019, sanctions in the amount of $100 for these Plaintiffs collectively will be imposed.

Counsel for Defendant RoundPoint Mortgage Servicing Corporation shall give immediate telephonic and email notice to Plaintiffs of this order. On or before September 10, 2019, Counsel for Defendant shall file a proof of service stating that telephonic and email notice was given to Plaintiffs.

**IT IS SO ORDERED.**

:

Initials of Preparer     ak